# Notice Recipients

District/Off: 0315−2          User: jhel          Date Created: 10/27/2009
Case: 09−23023−TPA          Form ID: 149          Total: 13

**Recipients of Notice of Electronic Filing:**
ust          Office of the United States Trustee          ustpregion03.pi.ecf@usdoj.gov
tr          Ronda J. Winnecour          cmecf@chapter13trusteewdpa.com
aty          Christian P. Sam          csamlaw@comcast.net

                                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Ramona M. Russo          P.O. Box 774          Belle Vernon, PA 15012
12233456          Belle Vernon Loan &Finance          750 Tri−County Lane          Belle Vernon, PA 15012
12297548          CAPITAL ONE BANK (USA), N.A.          C/O TSYS DEBT MANAGEMENT (TDM)          PO BOX
          5155          NORCROSS, GA 30091
12279777          Elaine Phillips, Tax Collector          203 Municipal Drive          Belle Vernon, PA 15012
12233457          Lynch Weis, LLC          Attorneys At Law          1912 Main Street          Pittsburgh, PA 15215
12233458          Port Royal Village          485 Patterson Lane          Belle Vernon, PA 15012
12287037          Premier BankCard/Charter          PO Box 2208          Vacaville, Ca 95696
12233459          UMH Sales and Finance Inc.          Wm J Wyrick c/o Lynch Weiss          501 Smith Dr−Ste 3          Cranberry PA
          16066
12423069          Verizon          P.O. Box 3037          Bloomington IL 61702−3037
12279778          Westmoreland County Tax Claim Bureau          2 North Main Street, Suite 406          Greensburg, PA 15601

                                                                                TOTAL: 10